UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
UNITED STATES OF AMERICA

                MEMORANDUM AND ORDER
  -against-           99-CR-932-02 (DRH)

KENNETH JUROW,

    Defendant.
----------------------------------X
A P P E A R A N C E S:

For the Government:
  Roslynn R. Mauskopf
  United States Attorney
  610 Federal Plaza
  Central Islip, New York 11722-4454

For Defendant:
  Kenneth Jurow, Pro Se
  Box 505
  Quogue, New York 11959

HURLEY, Senior District Judge

  Pending before the Court is an application by defendant Kenneth Jurow ("defendant" or "Jurow") for an order pursuant to 18 U.S.C. § 3583(e)(1) for early termination of his term for supervised release. The application is opposed by the Probation Department. Defendant was sentenced by me on May 5, 2000, following a conviction for Conspiracy to Distribute and Possess with Intent to Distribute Marijuana. He was sentenced to, inter alia, forty months incarceration followed by five years of supervised release.

## DISCUSSION

Section 3583(e) provides in pertinent part:

  The court may, after considering the factors

set forth in section 3553(a)(1), (a)(2)(B),
(a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6),
and (a)(7)—

(1) terminate a term of supervised release
and discharge the defendant released at any
time after the expiration of one year of
supervised release, pursuant to the
provisions of the Federal Rules of Criminal
Procedure relating to the modification of
probation, if it is satisfied that such
action is warranted by the conduct of the
defendant released and the interest of
justice.

(18 U.S.C. § 3583(e)(1).)

The Court has reviewed the portions of § 3553(a) referenced in § 3583(e) in conjunction with the application submitted by the defendant. See generally United States v. Lussier, 104 F.3d 32, 34-35 (2d Cir. 1997). Having done so, I decline to grant the relief requested although I am impressed by defendant's significant achievements since his release from prison.

In sum, the current application for early termination of supervised release is denied.

SO ORDERED.

Date: March 19, 2007
Central Islip, New York

DENIS R. HURLEY, U.S.D.J.